IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00376-GPG

DAVID RICHARD CARRILLO,

    Applicant,

v.

DAVID ZUPAN, Warden of the Colorado Territorial Correctional Facility, and
CYNTHIA COFFMAN, THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

## JUDGMENT

---

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on May 19, 2015, it is hereby

ORDERED that Judgment is entered in favor of Respondents and against Applicant.

DATED at Denver, Colorado, this 19 day of May, 2015.

            FOR THE COURT,

            JEFFREY P. COLWELL, Clerk


            By: s/ A. García Gallegos
                Deputy Clerk